**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RANDY YINGLING,<br><br>    Plaintiff,<br><br>    vs.<br><br>PRINCIPAL FINANCIAL<br>GROUP, et al.,<br><br>    Defendants.<br>_____/ | CASE NO. CV F 11-0303 LJO GSA<br><br>**ORDER TO VACATE HEARING ON MOTION FOR JUDGMENT ON PLEADINGS**<br>(Doc. 8.) |

After plaintiff filed a motion for remand and an April 22, 2011 hearing was set, several defendants filed a motion for judgment on the pleadings and set a hearing for the same date. Since the remand motion will address whether this action was properly removed to invoke this Court's jurisdiction, this Court VACATES the April 22, 2011 hearing on defendants' motion for judgment on the pleadings. If appropriate after determination of the remand motion, defendants may reset the hearing on their motion for judgment on the pleadings before U.S. District Judge Lawrence J. O'Neill and give no less than 28 days notice. *See* Local Rule 230(b). This Court will take no further action on defendants' motion for judgment on the pleadings and directs the clerk to term doc. 8.

    IT IS SO ORDERED.

**Dated:   March 23, 2011**                             **/s/ Lawrence J. O'Neill**

UNITED STATES DISTRICT JUDGE